UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

THIEU NHU CHO,

    Plaintiff,

v.

AVANTEUSA, LTD. and
CASCADE CAPITAL FUNDING, LLC,

    Defendants.
_____/

Case No. 9:21-cv-80753-DMM

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Thieu Nhu Cho ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendants, AvanteUSA, Ltd. and Cascade Capital Funding, LLC ("Defendants"), have settled in principle all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: May 20, 2021

Respectfully submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor
