UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

THIEU NHU CHO,

    Plaintiff,                                           Case No. 9:21-cv-80753-DMM

v.

AVANTEUSA, LTD. and
CASCADE CAPITAL FUNDING, LLC,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Thieu Nhu Cho ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal With Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed with prejudice against the Defendants, AvanteUSA, Ltd. and Cascade Capital Funding, LLC, with each party to bear its own attorney's fees and costs. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 17, 2021                                    Respectfully submitted,

                                                                             */s/ Alexander J. Taylor*
                                                                             Alexander J. Taylor, Esq.
                                                                             Florida Bar No. 1013947
                                                                             Sulaiman Law Group, Ltd.
                                                                             2500 S. Highland Ave, Suite 200

Lombard, Illinois 60148  
Phone: (630) 575-8181  
ataylor@sulaimanlaw.com  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*  
Alexander J. Taylor, Esq.