UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80753-CV-MIDDLEBROOKS/Matthewman

THIEU NHU CHO,

     Plaintiff,

v.

AVANTEUSA, LTD. and
CASCADE CAPITAL FUNDING, LLC,

     Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed June 17, 2021.  (DE 15).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have served neither.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.**  The Clerk of Court shall **CLOSE THIS CASE.**  All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 17th day of June, 2021.

_____

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record